UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BILLY PETTYPOOL,            )
                            )
            Petitioner,     )
                            )
      vs.                   )   No. 4:02CV472-DJS
                            )
LARRY ROWLEY,               )
                            )
            Respondent.     )

**JUDGMENT**

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 is denied.

**IT IS FURTHER ORDERED,** pursuant to §2253 and Slack v. McDaniel, 529 U.S. 473, 483-84 (2000), that no certificate of appealability shall issue from this Court.

Dated this 29th day of August, 2005.

                              /s/Donald J. Stohr
                              UNITED STATES DISTRICT JUDGE